UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NATHAN PETERS | CIVIL ACTION |
| VERSUS | NO: 18-4013 |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA | SECTION: "J"(1) |

## ORDER

Considering the foregoing *Joint Notice of Voluntary Dismissal with Prejudice* **(Rec. Doc. 12)**,

**IT IS HEREBY ORDERED** that Plaintiff Nathan Peters' claims against Defendant The Prudential Insurance Company of America are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana this 9th day of August, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE